```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.

★ SEP 09 2013 ★

BROOKLYN OFFICE

UNITED STATES OF AMERICA,
*ex rel.* BRENDAN DELANEY,

        Plaintiff,

v.

ECLINICALWORKS,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**STIPULATION AND ORDER
FILED UNDER SEAL**

Civil Action No. CV 11-4755

(Block, J.)
(Go, M.J.)

       WHEREAS, Brendan Delaney (the "Relator") filed the above-referenced action in the United States District Court for the Eastern District of New York, in which he asserted claims on behalf of the United States pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3729 *et seq.*;

       WHEREAS, in accordance with 31 U.S.C. § 3730(b), Relator's complaint was deemed sealed for a period of at least sixty days from the date of service of the complaint and disclosure statement on the United States, and that seal was subsequently extended by Court Orders;

       WHEREAS, Defendant has not been served with the complaint, and thus has not filed an Answer;

       WHEREAS, Relator has informed the United States that he seeks to dismiss his complaint, and the United States does not object to such a dismissal as long as it is without prejudice to the United States;

WHEREAS, the United States generally requests that Relator's complaint be unsealed at the end of a case, but that the United States' requests for seal extensions remain under seal;

WHEREAS, Relator has informed the United States that he intends to submit an application to the Court to maintain the seal on the complaint, and he requests that the complaint remain under seal until the Court rules on such a motion;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Relator and the United States that:

1. Relator's complaint is hereby dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. This Stipulation and Order, as well as all other documents filed in the above-captioned case, shall remain sealed pursuant to 31 U.S.C. § 3730 until further order of the Court.

3. Relator shall have 30 days from the date of this Order to submit an application to the Court to maintain the seal on his complaint, and the United States shall have 15 days to submit a response to such an application. If Relator fails to make an application by the date, Relator's complaint shall be unsealed, all other documents on file shall remain under seal, and the docket shall reflect that Relator's complaint was dismissed without prejudice.

4. If Relator files such an application, all documents on file shall remain under seal until the Court rules on the application. If the Court grants Relator's application, all documents on file shall remain under seal. If the Court denies Relator's application, Relator's complaint shall be unsealed, but all other documents on file shall remain under seal, and the docket shall reflect that Relator's complaint was dismissed without prejudice.

5. The Clerk of the Court shall provide the United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201, Attn: AUSA Paul Kaufman with a copy of this fully executed order.

STIPULATION AND ORDER (CV 11-4755 continued)

Dated: Brooklyn, New York
       Sept. 5, 2013

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By: /s/ Paul Kaufman /S.N.
PAUL KAUFMAN
Assistant U.S. Attorney
(718) 254-6047

Dated: New York, New York
       9/5, 2013

PHILLIPS & COHEN LLP
Counsel for Relator
2000 Massachusetts Ave. NW
Washington, D.C. 20036

By: /s/ Colette G. Matzzie
COLETTE G. MATZZIE
Tel: (202) 833-4567

SO ORDERED:

Brooklyn, New York
9/5, 2013

s/Frederic Block
HONORABLE FREDERIC BLOCK
United States District Judge, E.D.N.Y.



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza*
*Brooklyn, New York 11201*

September 5, 2013

**FILED UNDER SEAL**

By Hand Delivery
Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    U.S. *ex rel* Brendan Delaney v. eClinicalWorks
              Civil Action No. CV 11-4755 (Block, J.) (Go, M.J.)

Dear Judge Block:

      The undersigned represents the United States in the above-referenced action, filed by Relator under seal pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730 *et seq*. Relator has informed the United States that he seeks to dismiss his complaint (which was never served on defendant), and that he also intends to submit an application to the Court to maintain the seal on his complaint. In that regard, attached is a proposed Stipulation and Order that dismisses Relator's complaint and provides him time to submit such an application to the Court.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By: *Paul Kaufman*/L.N.
     Paul Kaufman
     Assistant U.S. Attorney
     (718) 254-6047